UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANSWAR ROLLINS,<br><br>  Defendant. | Case No. 06-cr-40063-JPG |

### MEMORANDUM AND ORDER

This matter comes before the Court on Defendant Answar Rollins' Motion to Reduce Sentence, which was filed in the above-referenced case on March 28, 2022 (Doc. 561). In an Order dated April 1, 2022, the Court ordered Defendant to provide clarify as to what relief he was seeking (Doc. 562). Defendant has now responded to the Court's Order (Doc. 563). In Defendant's response, he states "I am asking the Court to reduce by 24-month revocation sentence to time served." *Id*.

On August 31, 2021, this Court reduced Defendant Rollins' sentence pursuant to Fair Sentencing Act of 2010, Pub. L. 111-220; §§ 2-3, 124 Stat. 2372, 2372 (2010), as set forth in the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5222 (2018). (Doc. 559). Specifically, the Court reduced Rollins' term of supervised release from 10 years to 4 years on Count 1 and 6 years to 3 years on Count 2. *Id*.

Defendant has received two reductions of sentence previously. This Court has already reduced Rollins' sentence in this case from 240 months to 144 months imprisonment on July 11, 2020, and then to 103 months pursuant to the 2014 retroactive drug guideline amendment on April 8, 2015 (Doc. 433, 486). The Court reduced his terms of supervised release in August 2021.

On October 30, 2015, Defendant began serving a term of supervised release. On July 18, 2018, the Court revoked Defendant's supervision and sentenced him to 24 months imprisonment to run *concurrent* with terms of imprisonment and supervised release with a new case – Case No. 17-cr-40064-JPG. The Court notes that even if Defendant were to receive time-served on his revocation case, he must still serve the term of imprisonment in his case from 2018. Thus, the Court is unclear as to the purpose of Defendant's motion. Defendant agrees to this fact in Doc. 563.

Finding that this Court has already reduced Defendant's sentence in this case three times (240 months to 144 months in 2010, then 144 months to 103 months in 2015, then reduction of terms of supervised release), the Court finds no reason to evaluate Defendant's request at this time. Defendant provides no reason to do so and granting Defendant's request would not reduce the terms of imprisonment that Defendant would serve.

The Court hereby DENIES Defendant's Motion to Reduce Sentence (Doc. 561).


**IT IS SO ORDERED.**
**Dated: May 17, 2022**

/s/ J. Phil Gilbert
J. PHIL GILBERT
DISTRICT JUDGE
